AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

US MAGISTRATE COURT
JSH-SDTX    CLR
FILED
APR 20 2015
David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br>Fernando W. HERNANDEZ Rodas<br>Laredo, Texas<br><br>*Defendant* | )<br>)<br>) Case No. 5:15mj 492-1  Laredo Division<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  04/16/2015  in the county of  WEBB  in the  SOUTHERN  District of  TEXAS , the defendant violated  Title 18  U. S. C. §  2422 (b) , an offense described as follows:

using a facility and means of interstate commerce, did knowingly persuade, induce, entice and coerce an individual who had not attained the age of eighteen years, to engage in sexual activity under such circumstances as would constitute a criminal offense, and attempted to do so.

This criminal complaint is based on these facts:
SEE ATTACHMENT "A"

☑ Continued on the attached sheet.

*Complainant's signature*

Jeffrey Williams, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  04/20/2015

City and state:  Laredo, Texas

*Judge's signature*

J. Scott Hacker , U.S. Magistrate
*Printed name and title*

# ATTACHMENT A

I, Jeffrey S. Williams, a Special Agent of United States Immigration and Customs Enforcement, Homeland Security Investigations, have knowledge of the following facts:

1. On April 15, 2015, Homeland Security Investigations (HSI) Laredo special agents initiated an online investigation on a subject later identified as Fernando HERNANDEZ-Rodas.

2. From April 15, 2015, to April 16, 2015, HERNANDEZ began communicating through cell phone texts and emails detailing his intended plans to engage in sexual acts with a fourteen (14) year old girl. These communications were with an HSI Laredo special agent, who was acting in an undercover capacity (UC), as a fourteen year-old girl.

3. On April 15, 2015, HERNANDEZ and the UC exchanged multiple emails. During these communications, HERNANDEZ attempted to meet with the UC for the purpose of engaging in a sexual act with a person he believed was a fourteen (14) year old girl.

4. On April 16, 2015, additional emails and cell phone texts communications took place between HERNANDEZ and the UC. During these communications, HERNANDEZ agreed to meet with the UC for the purpose of engaging in a sexual act. A meeting was set at a local business and HERNANDEZ was arrested by HSI agents with the assistance of the Webb County Sheriff's Office and the Laredo Police Department.

5. HERNANDEZ was advised of his Miranda Rights in the English language. HERNANDEZ acknowledged that he did communicate with the UC and acknowledged that he set up a meeting for the purpose to engage in a sexual act with a person he believed to be a fourteen (14) year old girl. HERNANDEZ also stated that he rented a hotel room where the sexual act was going to take place. HERNANDEZ was also in possession of condoms.